**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

VIOLET CLARICE HAMILTON,

                              Plaintiff,                         **23-CV-00536 (JHR) (GS)**

              -against-                                          **TELEPHONE CONFERENCE**
                                                                 **ORDER**

NEW YORK FOUNDLING

                              Defendant.

---------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Telephone Conference on **Wednesday, September 27,**

**2023 at 10:00 a.m.**, in order for the parties to advise the Court as to the status of this matter.

The conference will be conducted telephonically via Microsoft Teams.  The Clerk of Court is

respectfully requested to mail a copy of this order to the *pro se* litigant at the following address:

220 East 115th Street, Apt. 2D, New York, NY 10029.

        **Please dial (646) 453-4442, Access Code: 812 313 124#.**

        **SO ORDERED.**

DATED:        New York, New York
              September 21, 2023

                                          _____
                                          GARY STEIN
                                          United States Magistrate Judge