UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VIOLET CLARICE HAMILTON,

                Plaintiff,

    - against -

NEW YORK FOUNDLING,

                Defendant.
------------------------------------------------------------X

23 Civ. 00536 (JHR) (GS)

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

      The parties appeared before the Court today for a status conference via telephone. The parties reported that the mediation contemplated by Judge Reardon's June 15, 2023 Order has not yet taken place, but that both parties are willing to participate in such a mediation. The parties are directed to schedule the mediation as soon as practicable. Ms. Hamilton will make efforts to identify *pro bono* counsel (solely for purposes of the mediation) with the assistance of NYLAG and/or the Clerk of Court. This case is scheduled for a Telephone Conference on **Monday, October 30, 2023 at 10:00 a.m.**, in order for the parties to advise the Court as to the status of this matter. The conference will be conducted telephonically via Microsoft Teams. **Please dial (646) 453-4442, Access Code: 533 418 220#.**

      If the parties are able to schedule the mediation prior to the October 30, 2023, Status Conference, defense counsel is directed to inform the Court in writing

of that fact and of the scheduled date for the mediation, at which point the October 30 conference may be adjourned.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* litigant at the following address: 220 East 115th Street, Apt. 2D, New York, NY 10029.

**SO ORDERED.**

DATED:   New York, New York
         September 27, 2023

_____
GARY STEIN
United States Magistrate Judge